IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN BARRERAS and SHARON HERRERA,

    Plaintiffs,

vs.                                        Civ. No. 12-354 KG/RHS

TRAVELERS HOME AND MARINE
INSURANCE COMPANY, MARY SWITZER,
REGINALDO R. ORTIZ, R.R. ORTIZ AGENCY,
and JOHN DOE ADJUSTERS and AGENTS OF
TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

    Defendants.

## PARTIAL ORDER OF DISMISSAL WITHOUT PREJUDICE

Having granted, in part, Defendants Travelers Home and Marine Insurance Company, Mary Switzer, Reginaldo R. Ortiz, and R.R. Ortiz Agency's Motion to Dismiss Amended Complaint (Doc. 55), filed November 26, 2012, by a Memorandum Opinion and Order entered contemporaneously with this Partial Order of Dismissal Without Prejudice,

IT IS ORDERED that Counts I, II, IV, V, VI, and VII of Plaintiffs' First Amended Class Action Complaint for Bad Faith Insurance Practices, Unfair Claim Practices, Unfair Trade Practices, Negligence, Negligence *Per Se*, Breach of Contract, and for a Temporary Restraining Order and Jury Demand (Doc. 50) are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE