IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN BARRERAS and
SHARON HERRERA,

        Plaintiffs,

v.                                            CIV 12-0354 KG/SCY

TRAVELERS HOME AND MARINE
INSURANCE CO., *et al.*,

        Defendants.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), the *Emergency Motion For Temporary Restraining Order and Preliminary Injunction* (Doc. 102), filed on November 3, 2014, is referred to the Magistrate Judge for a hearing, if necessary, and/or an expedited briefing schedule, as the Magistrate Judge deems appropriate.

The Magistrate Judge shall submit to the District Judge assigned to the case an analysis, including findings of fact, if necessary, and recommended disposition as to whether or to what extent Defendant Travelers can contact putative class members in the present action. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C), or as determined by the Magistrate Judge.

_____
UNITED STATES DISTRICT JUDGE